THOMAS HOLLOWAY, Respondent, v. BENJAMIN F. STEPHENS, Appellant.

(Argued September 22, 1874; decided September 29, 1874.)

THIS is an appeal from an order of General Term, affirming an order of Special Term directing restitution of property received and collected by defendant under the judgment herein, which was subsequently reversed on appeal. *Held*, not appealable. (Reported below, 1 Hun, 308; 2 N. Y. S. C. [T. & C.], 562.)

*Titus B. Eldridge* for the appellant.

*John C. Gray* for the respondent.

Agree to dismiss appeal.    No opinion.
All concur.
Appeal dismissed.